UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GARDEN CITY BOXING CLUB, INC.
     Plaintiff,        Index # 07-CV-8081

 -against-

                **CERTIFICATE OF SERVICE**

1900 JEROME AVENUE SPORTS BAR INC.
d/b/a MONUMENT SPORTS BAR
and GRISELDA A. REYES
     Defendants,
_____

   I certify that a copy of the Order For Conference was sent via the U.S. Postal Service certified mail within the State of New York, First Class Mail addressed to the following on October 1, 2007:

To: 1900 Jerome Ave. Sports Bar Inc.
   d/b/a Monument Sports Bar
   1900 Jerome Avenue
   Bronx, NY 10453

   Griselda Reyes
   1900 Jerome Avenue
   Bronx, NY 10453


           By: /s/ Lucille Eichler
             Lucille Eichler
             Paul J. Hooten & Associates
             5505 Nesconset Highway, Suite 203
             Mt. Sinai, NY 11766