UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
GARDEN CITY BOXING CLUB. INC.

               Plaintiff              07 CV 08081

-AGAINST-

1900 JEROME AVE. SPORTS BAR INC.
d/b/a MONUMENT SPORTS BAR
and GRISELDA REYES              **DEFAULT JUDGMENT**

               Defendant
--------------------------------------------------X

     This action having been commenced on September 14, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, 1900 Jerome Ave. Sports Bar Inc. d/b/a Monument Sports Bar on October 25, 2007, and a proof of service having been filed on November 5, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

     ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $20,000.00 with interest at 9% from September 18, 2004, amounting to $6,000.00; plus costs and disbursements of this action in the amount of $470.00, amounting in all to $26,470.00

Dated: New York, New York

_____

                                          _____
                                          Louis L. Stanton
                                          United States District Judge

This document was entered on the docket on _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GARDEN CITY BOXING CLUB. INC.

               Plaintiff                  07 CV 08081

-AGAINST-

1900 JEROME AVE. SPORTS BAR INC.
d/b/a MONUMEMT SPORTS BAR
and GRISELDA A. REYES          **AFFIDAVIT FOR JUDGMENT**
                                                           **BY DEFAULT**
              Defendant
-----------------------------------------------------X
STATE OF NEW YORK    )
                             )    ss:
COUNTY OF NEW YORK  )

    Paul J. Hooten, being duly sworn, deposes and says:

I am a member of the Bar of this Court and am associated with the firm of Paul J. Hooten & Associates, attorney for plaintiff in the above-entitled action and I am familiar with all the facts and circumstances in this action.

    1.  I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of plaintiffs application for the entry of a default judgment against defendant.

    2.    This is an action to recover the unauthorized exhibition of the telecast of the September 18, 2004, boxing match between Oscar De La Hoya and Bernard Hopkins by the defendant at it's establishment. See attached summons and complaint attached hereto as Exhibit "A".

3. This action was commenced on September 14, 2007 by the filing of the summons and complaint. A copy of the summons and complaint was served on the defendant on October 25, 2007 by service on Carol Vogt, Clerk authorized to accept.. The defendant has not answered the complaint and the time for the defendant to answer the complaint has expired.

4. This action seeks judgment in the amount of $20,000.00, plus interest at 9% from September 18, 2004, amounting to $5,850.00, plus costs and disbursements of this action in the amount of $470.00 amounting in all to $26,320.00.

WHEREFORE, plaintiff requests the entry of Default and the entry of the annexed Judgment against defendant.

Dated: Mt. Sinai, New York
      January 14, 2007

                              /s/ Paul J. Hooten
                              Paul J. Hooten (PJH9510)

Sworn to before me this
14th day of January, 2008


/s/ Cheryl E. Lorefice
Notary Public

Cheryl E. Lorefice
Notary Public, State of New York
No. 4999823
Qualified in Suffolk County
Commission Expires August 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
GARDEN CITY BOXING CLUB. INC.

                    Plaintiff                    07 CV 08081

  -AGAINST-

1900 JEROME AVE. SPORTS BAR, INC.
d/b/a MONUMENT SPORTS BAR
and GRISELDA REYES            **STATEMENT OF DAMAGES**

                  Defendant
-------------------------------------------------X


Amount of Judgment .....................……………………     $20,000.00

Interest at 9% from September 18, 2004 through December, 2007..$ 5,850.00

Costs and Disbursements:

Clerk's fee ………………………………………………………   $   350.00
Process Server fee for service …………………………………..   $   120.00


Total as of December, 2007.............................................……     $26,320.00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GARDEN CITY BOXING CLUB. INC.

                        Plaintiff                      07 CV 08081

  -AGAINST-

1900 JEROME AVE. SPORTS BAR, INC.
d/b/a MONUMENT SPORTS BAR
and GRISELDA A. REYES       **CERTIFICATE OF SERVICE**

                       Defendant
-----------------------------------------------------X

I certify that a copy of the Default Judgment, Affidavit for Judgment by Default, and

Statement of Damages was sent via U.S. Postal Service, postage prepaid, first class mail,

addressed to the following on January 14, 2008:

1900 Jerome Ave. Sports Bar, Inc.
d/b/a Monument Sports Bar
1900 Jerome Avenue
Bronx, NY 10453

Griselda A. Reyes
1900 Jerome Avenue
Bronx, NY 10453

                                                 /s/ Paul J. Hooten
                                                 Paul J. Hooten, Esquire
                                                 Attorney for Plaintiff
                                                 5505 Nesconset Highway, Suite 203
                                                 Mt. Sinai, NY 11766
                                                 Telephone (631) 331-0547