ORIGINAL

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/08

**Memorandum Endorsement**

Garden City Boxing Club, Inc. v. 1900 Jerome Ave. Sports Bar, Inc. d/b/a Monument Sports Bar and Griselda A. Reyes, 07 civ. 8081

Plaintiff moves for a judgment by default against defendants pursuant to Fed. R. Civ. P. 55 and S.D.N.Y. Local Civ. R. 55.2.

It sufficiently appears that on October 25, 2007 proper service of the summons and complaint was made on defendants 1900 Jerome Avenue Sports Bar Inc. d/b/a Monument Sports Bar and Griselda A. Reyes, neither has answered the complaint, the time for answering has expired, and that judgment for plaintiff should be entered on default.

The claims alleged in the complaint are respectfully referred to Magistrate Judge Fox pursuant to 28 U.S.C. § 636(b)(1)(A) to hear and determine the amount of statutory damages that he recommends be awarded to plaintiff, together with the amounts of any reasonable attorney's fees sought by plaintiff.

So ordered.

Dated: January 22, 2008
       New York, New York

_____
Louis L. Stanton
U.S.D.J.