UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
GARDEN CITY BOXING CLUB, INC.,

                Plaintiff                Index # 07-CV-8081

   -against-

1900 JEROME AVE. SPORTS BAR, INC.
d/b/a MONUMENT SPORTS BAR      **CERTIFICATE OF SERVICE**
and GRISELDA REYES

               Defendants
---------------------------------------------X

On the 31st day of January, 2008, deponent notified the defendants of the Order, dated January 29, 2008 from the Honorable Kevin Nathaniel Fox, by depositing a true and correct copy thereof in a postage prepaid envelope, via first class mail of the U.S. Postal Service within the State of New York, addressed to each of the following persons at the last known address:

1900 Jerome Ave. Sports Bar, Inc.
d/b/a Monument Sports Bar.
1900 Jerome Avenue
Bronx, NY 10453

Griselda A. Reyes
1900 Jerome Avenue
Bronx, NY 10453


Dated: January 31, 2008      By:  /s/ Lucille Eichler
                                        Lucille Eichler
                                        The Law Firm of Paul J. Hooten
                                        5505 Nesconset Hwy., - Ste 203
                                        Mt. Sinai, New York 11766