```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
GARDEN CITY BOXING CLUB, INC.
                                          Index No.07 CV 8081

                        Plaintiff,       NOTICE OF APPEARANCE
-against-

1900 JEROME AVE. SPORTS BAR,INC.
d/b/a MONUMENT SPORTS BAR, et al.

                    Defendant(s)
_____X
SIRS:
```

**PLEASE TAKE NOTICE**, that **Nestor Rosado, Esq**., has been retained by the defendants,

1900 Jerome Ave. Sports Bar, Inc. and d/b/a Monument Sports Bar, et al., and I hereby demand that

all papers and documents be served upon the undersigned at the address indicated below.

Dated:  February 26, 2008
        New York, New York

_____
**Nestor Rosado, Esq.**
**55 Overlook Terrace Suite 1H**
**New York, New York**
**(212) 781-4808**
**(212) 781-5104 (Fax)**

To:  **Paul J. Hooten & Associates**
     **5505 Nesconset Hwy., Suite 203**
     **Mt. Sinai, New York 11766**
     **(631) 331-0547**