**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____X
**GARDEN CITY BOXING CLUB, INC.**

                                                          **Index No.07 CV 8081**

                  **Plaintiff,**                **RULE 7.1 STATEMENT**
**-against-**

**1900 JEROME AVE. SPORTS BAR INC.**
**d/b/a MONUMENT SPORTS BAR**
**and GRISELDA A. REYES**

                 Defendant(s)
_____X


     **PURSUANT TO RULE 7.1,** of the Local Rules of the U.S. District Court of the Southern of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held: None

    There are no corporate parents, subsidiaries, or affiliates of the Defendant, GRISELDA A. REYES.

Dated: February 26, 2008
       New York, New York

                                        _____
                                        Law Office of Nestor Rosado, P.C.
                                        By: Nestor Rosado, Esq.
                                        55 Overlook Terrace Suite 1H
                                        New York, New York 10033
                                        (212) 781-4808