STATE OF _New York_
COUNTY OF _Bronx_

### AFFIDAVIT

I, the undersigned, being duly sworn according to law deposes and says, that on _9/18_, 200_4_ at _11:06_ p.m., I entered the _Monument Sports Bar_ (name of establishment) located

at _1900 Jerome Ave. Bronx, NY_.

I paid a cover charge of $_—_ to enter this establishment. I ordered _1_ Drink(s) from the Bartender/ Barmaid/ Waitress who was described as _Lisa, Hispanic, 5'5" 30yrs old, Dominican female_.

I observed _8_ televisions located inside this establishment. The televisions can be described as follows: _19" TV's_

located _Above the bar area_.

At the time I was inside the above establishment, I observed the following Program on the above televisions: _Antonio Tarver talking to James Brown before the De La Hoya - Hopkins fight. Both were wearing Tuxedos._

Page 1 of 2



I also observed the following distinguishing items inside the establishment:

ONE pool table in rear of establishment.
(posters, decorations, pool tables, memorabilia, etc.)

This establishment rates __Good__.
(Good)    Fair    Poor

The capacity of this establishment is approximately __75__ people.

At the time of my appearance I counted the number of patrons three (3) separate times. The head counts were __44__, __48__, __57__.

I left the above establishment at __11:11__ p.m. on __9/18/04__, 200_4_.

I also observed the following license plates in the parking lot
1) CUC-8744 NY  2) CXY-8092 NY  3) BXH-5892 NY
4) AHZ-4564 NY  5) CUV-8971 NY  6) CJE-5170 NY

Date: 10/1/04

Signature of Investigator: Bruce W. Ford

Name of Investigator (Printed): Bruce W. Ford

Sworn and subscribed to me

This __1__ day of 200_4_
__October__
(notary seal)

Investigative Agency: Information Solutions, LLC

Telephone Number of Agency: (866) 765-6356

ALEXANDRA HOLMES
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires June 17, 2008    Page 2 of 2

