UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GARDEN CITY BOXING CLUB. INC.

                    Plaintiff              07 CV 08081

  -AGAINST-

1900 JEROME AVE. SPORTS BAR INC.
d/b/a MONUMEMT SPORTS BAR
and GRISELDA A. REYES        **AFFIDAVIT FOR JUDGMENT**
                                      **BY DEFAULT**
                    Defendant
-----------------------------------------------------X
STATE OF NEW YORK   )
                          )    ss:
COUNTY OF NEW YORK  )

    Paul J. Hooten, being duly sworn, deposes and says:

I am a member of the Bar of this Court and am associated with the firm of Paul J. Hooten & Associates, attorney for plaintiff in the above-entitled action and I am familiar with all the facts and circumstances in this action.

    1.  I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of plaintiffs application for the entry of a default judgment against defendant.

    2.   This is an action to recover the unauthorized exhibition of the telecast of the September 18, 2004, boxing match between Oscar De La Hoya and Bernard Hopkins by the defendant at it's establishment.  See attached summons and complaint attached hereto as Exhibit "A".

    3. This action was commenced on September 14, 2007 by the filing of the summons and complaint.  A copy of the summons and complaint was served on the defendant on October 25,

2007 by service on Carol Vogt, Clerk authorized to accept..   The defendant has not answered the complaint and the time for the defendant to answer the complaint has expired.

 4. This action seeks judgment in the amount of $20,000.00, plus interest at 9% from September 18, 2004, amounting to $5,850.00, plus costs and disbursements of this action in the amount of $470.00 amounting in all to $26,320.00.

 WHEREFORE, plaintiff requests the entry of Default and the entry of the annexed Judgment against defendant.

Dated: Mt. Sinai, New York
   January 14, 2007

            /s/ Paul J. Hooten
            Paul J. Hooten (PJH9510)

Sworn to before me this
 14th day of January, 2008


/s/ Cheryl E. Lorefice
Notary Public

Cheryl E. Lorefice
Notary Public, State of New York
No. 4999823
Qualified in Suffolk County
Commission Expires August 3, 2010